IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CURTIS WILLIAMS, #124827                                              PETITIONER

VS.                                                    NO. 2:09CV00078-MPM-DAS

ATTORNEY GENERAL, et al.                                              RESPONDENTS

## ORDER EXTENDING TIME

On motion of Respondents in the above styled and numbered cause for a **Motion for Additional Time Within Which to File An Answer** and the Court having considered the same is of the opinion that the motion should be granted.

It is, therefore, ORDERED that the Respondents in the above styled cause be granted an additional 62 days from this date within which to file an answer.

ORDERED this the 29th day of July, 2009.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**